ACCEPTED
06-15-00013-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/28/2015 1:57:34 PM
DEBBIE AUTREY
CLERK

No. 06-15-00013-CV

**IN THE**
**COURT OF APPEALS**
**SIXTH DISTRICT OF TEXAS**
**TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/28/2015 1:57:34 PM
DEBBIE AUTREY
Clerk

**CITY NATIONAL BANK OF SULPHUR SPRINGS,**
**Appellant**

**v.**

**JOHN ALEXANDER SMITH,**
**Appellee**

**On appeal from the District Court of Hopkins County, Texas**
**62nd Judicial District**
**The Honorable Will Biard Presiding**

**APPELLEE'S AGREED MOTION TO**
**EXTEND TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

JOHN ALEXANDER SMITH, Appellee in the above styled and numbered cause, hereby moves the Court for an extension of time to file Appellee's brief, and would respectfully show unto the Court the following:

**A. Introduction**

1. Appellee is JOHN ALEXANDER SMITH.

2. Appellant is CITY NATIONAL BANK OF SULPHUR SPRINGS.

3.    This motion is filed pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and within the time period permitted by said rules.

4.    This motion is unopposed.

## B. Argument and Authorities

5.    The Court may grant Appellee additional time to file his brief under the authority of Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

6.    The current deadline for Appellee to file his brief is October 29, 2015.

7.    Appellee requests an additional 30 days to file his brief, extending the time until Saturday, November 28, 2015.

8.    No prior extension of time to file this brief has been granted.

9.    Appellee needs additional time to file his brief because other pressing matters and deadlines, including pre-trial preparation in multiple cases set for trial during the next several months and numerous other active litigation files, as well as multiple hearings, meetings, and recent out-of-office commitments, have prevented and will prevent Appellee's undersigned counsel from devoting the time necessary to complete preparation of the brief by the original deadline.

## Prayer

10.    For these reasons, Appellee respectfully asks the Court to grant an extension of time to file his brief until November 28, 2015.

Respectfully submitted,

/s/ J. Mark Sudderth
**J. Mark Sudderth**
**Texas Bar No. 19461500**
NOTEBOOM – THE LAW FIRM
669 Airport Freeway, Suite 100
Hurst, Texas 76053
(817) 282-9700
(817) 282-8073 (facsimile)
Sudderth@Noteboom.com

Attorneys for Appellee,
John Alexander Smith

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with John R. Mercy, counsel for Appellants, and Appellants are unopposed to this motion to extend time.

/s/ J. Mark Sudderth
J. Mark Sudderth

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached document been served upon all counsel record on the 28th day of October, 2015, via e-service, to the attorneys of record for Appellant City National Bank of Sulphur Springs as follows:

John R. Mercy
Mercy, Carter, Tidwell, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
E-mail: jmercy@texarkanalawyers.com

Coy Johnson
E-mail: coy@clayjohnsonlaw.com
Clay Johnson
E-mail: clay@clayjohnsonlaw.coim
Johnson Law Firm, P.C.
609 Gilmer Street
Sulphur Springs, Texas 75482

/s/ J. Mark Sudderth
J. Mark Sudderth